DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSHUA JENNINGS,

Appellant,

v.

RICHARD CLARK,

Appellee.

No. 2D2024-2950

_____

April 24, 2026

Appeal from the Circuit Court for Hillsborough County; James Giardina,
Judge.

Joshua Jennings, pro se.

Richard Clark, pro se.


PER CURIAM.

Affirmed.


LUCAS, C.J., and SILBERMAN and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.